Same case below, 421 Fed. Appx. 76.

**No. 11-5677. Murray Randall Rogers, Petitioner v. Joseph N. Ingolia, et al.**

565 U.S. 918, 132 S. Ct. 340, 181 L. Ed. 2d 213, 2011 U.S. LEXIS 7033.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 424 Fed. Appx. 283.

**No. 11-5679. Robert Simmons, Petitioner v. United States.**

565 U.S. 918, 132 S. Ct. 340, 181 L. Ed. 2d 213, 2011 U.S. LEXIS 7053.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 426 Fed. Appx. 207.

**No. 11-5680. Alfredo Quezada, Petitioner v. United States.**

565 U.S. 918, 132 S. Ct. 340, 181 L. Ed. 2d 213, 2011 U.S. LEXIS 6823.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-5685. Juan M. Chavez, Petitioner v. Randy Grounds, Warden.**

565 U.S. 919, 132 S. Ct. 340, 181 L. Ed. 2d 213, 2011 U.S. LEXIS 7020.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-5689. Ronald Davenport, Petitioner v. Nedra Chandler, Warden.**

565 U.S. 919, 132 S. Ct. 340, 181 L. Ed. 2d 213, 2011 U.S. LEXIS 6774.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 11-5690. Philian Eugene Lee, Petitioner v. California.**

565 U.S. 919, 132 S. Ct. 340, 181 L. Ed. 2d 213, 2011 U.S. LEXIS 7104.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 51 Cal. 4th 620, 122 Cal. Rptr. 3d 117, 248 P.3d 651.

**No. 11-5691. Carlos Bladimir Montoya, Petitioner v. United States.**

565 U.S. 919, 132 S. Ct. 341, 181 L. Ed. 2d 213, 2011 U.S. LEXIS 6990.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 429 Fed. Appx. 221.

**No. 11-5692. Jose Alfredo Jimenez, Petitioner v. United States.**

565 U.S. 919, 132 S. Ct. 341, 181 L. Ed. 2d 213, 2011 U.S. LEXIS 7021.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 419 Fed. Appx. 463.